**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LENORRIS E. HARDY, SR.,**

    **Plaintiff,**

-vs-                 Case No. 6:05-cv-1325-Orl-31DAB

**DEPARTMENT OF REVENUE/CHILD SUPPORT ENFORCEMENT, KAREN KELLAMS, HELEN MOZIAND, BARBARA BYRD, UNKNOWN PERSON, HERNAN CASTRO, OLRI PRETTYMAN, LORI HENNIGER, EIGHTEENTH JUDICIAL CIRCUIT COURT IN AND FOR BREVARD COUNTY, COURT ADMINISTRATOR, MARK VAN BEVER, ET AL,**

    **Defendants.**

_____

## ORDER

This cause comes before the Court on Application to Proceed *In Forma Pauperis* (Doc. No. 2) filed September 9, 2005.

On September 13, 2005, the United States Magistrate Judge issued a report (Doc. No. 5) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

  1.  That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Application to Proceed In Forma Pauperis is DENIED. The Plaintiff has eleven days from the date of this order to pay the required filing fee. Failure to pay the filing fee will result in the case being dismissed without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 3rd day of October, 2005.

Gap
Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE